**Dismissed and Memorandum Opinion filed November 8, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00700-CV

---

### ZYAREAYA MILLER, Appellant

### V.

### MEADOWLANDS APARTMENTS, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1016785**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed July 30, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On October 3, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or responded in any way to this court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.